_____

No. 96-1730
_____

Gerald S. Buchanan,                    *
                                       *
          Appellant,                   *
                                       * Appeal from the United States
     v.                                * District Court for the
                                       * District of Minnesota.
State of Minnesota,                    *
                                       *       [UNPUBLISHED]
          Appellee.                    *


                          _____

                Submitted: October 2, 1996

                  Filed: October 7, 1996
                          _____

Before BEAM, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
                          _____

PER CURIAM.


     Gerald Buchanan appeals the district court's[1] dismissal of his
complaint for lack of jurisdiction.  On appeal, Buchanan argues that the
district court erred in holding the Eleventh Amendment barred his action
against Minnesota.  As we conclude the district court correctly applied
well-settled principles of law, an opinion would lack precedential value.
Accordingly, we affirm the judgment of the district court.  See 8th Cir.
R. 47B.

_____

     [1]The Honorable David S. Doty, United States District Judge for
the District of Minnesota.

A true copy.

Attest:

　　　CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.